JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVAN NIMS, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>MONUMENTAL LIFE INSURANCE COMPANY; AEGON, USA, INC., BANC OF AMERICAN INSURANCE SERVICES, INC. and DOES 1 through 100 INCLUSIVE,<br>,<br><br>  Defendants. | **Case No. CV 12-3587-DMG (CWx)**<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION, PER STIPULATION OF THE PARTIES [36]** |

BAUTE CROCHETIERE & WANG LLP
777 S. Figueroa st., Suite 4900
Los Angeles, CA 90017

The Court, having reviewed the Stipulation for Dismissal of Entire Action [FRCP 41(a)(1)], filed in this matter on December 12, 2012, hereby dismisses the above-entitled action, with prejudice, in its entirety, and orders that each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Date:  December 14, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE


Respectfully submitted:

**BAUTE CROCHETIERE & WANG LLP**
Henry C. Wang (SBN 196537)
Henry H. Gonzalez (SBN 208419)
777 South Figueroa Street, Suite 4900
Los Angeles, CA  90017
Telephone:   (213) 630-5000
Facsimile:    (213) 683-1225


By:   *s / Henry C. Wang*
        Henry C. Wang
        *Attorneys for Defendants*
        MONUMENTAL LIFE INSURANCE CO. and
        AEGON USA, LLC formerly AEGON USA, INC.